UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SPENCER NEAL, | ) | CASE NO. 2:18-CV-00630 |
| | ) | |
| Plaintiff, | ) | JUDGE SMITH |
| | ) | |
| v. | ) | |
| | ) | |
| R-ROOF ASSETS, LLC, | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COME Plaintiff Spencer Neal and Defendant R-ROOF ASSETS, LLC, by and through their respective undersigned counsel, and hereby give Notice that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff has dismissed all claims against Defendant with prejudice pursuant to the terms of a private settlement agreement. The Parties consent to the Court retaining jurisdiction for the enforcement of the settlement agreement.

**/s/ COLIN G. MEEKER**
Colin G. Meeker (#0092980)

Attorney for Plaintiff, Spencer Neal


**/s/ DANIEL A. LEISTER**
Daniel A. Leister (#0089612)

Attorney for Defendant, R-Roof Assets, LLC

1

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of April, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

Respectfully submitted,

**/s/ *COLIN G. MEEKER***

Colin G. Meeker (#0092980)
Blakemore, Meeker & Bowler Co., L.P.A.
495 Portage Lakes Dr.
Akron, OH 44319
Office: (330) 253-3337
Fax: (330) 253-4131
cgm@bmblaw.com

Attorney for Plaintiff, Spencer Neal